IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy Case No. 06-40787 |
| RICHARD STEVEN | ) | (Chapter 12) |
| UHRENHOLDT, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | _____ |
| | | |
| UNITED STATES OF AMERICA | ) | |
| | ) | 4:09CV3039 |
| Appellant, | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| RICHARD STEVEN | ) | |
| UHRENHOLDT, | ) | |
| | ) | |
| Appellee. | ) | |

This matter is before the court upon the parties' joint motion to stay the briefing of this appeal (filing 12). The parties represent that such a stay is necessary for the purpose of determining whether the United States Bankruptcy Court for the District of Nebraska will approve a settlement agreement reached between the parties. The parties believe that such approval by the Bankruptcy Court may result in the dismissal of this action. I shall grant the motion.

IT IS ORDERED:

1.    The parties' joint motion to stay the briefing of this appeal (filing 12) is granted;

2.    If the Bankruptcy Court does not approve the parties' proposed settlement or if Mr. Uhrenholdt fails to consummate the settlement after

such approval, the parties shall promptly propose a new briefing schedule for this appeal.

May 14, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge