IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy Case No. 06-40787 |
| RICHARD STEVEN ) | (Chapter 12) |
| UHRENHOLDT, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | _____ |
| | |
| UNITED STATES OF AMERICA ) | |
| ) | 4:09CV3039 |
| Appellant, ) | |
| ) | |
| V. ) | **MEMORANDUM AND ORDER** |
| ) | |
| RICHARD STEVEN ) | |
| UHRENHOLDT, ) | |
| ) | |
| Appellee. ) | |

This matter is before the court on the parties' joint motion to dismiss appeal with prejudice (filing 14), filed pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure. Upon consideration, the court finds that the motion should be granted and the appeal dismissed with prejudice. Accordingly,

IT IS SO ORDERED:

1. The parties' joint motion to dismiss appeal (filing 14) is granted; and

2. A judgment of dismissal with prejudice shall be entered by separate document.

July 28, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge